## CREAGER v. STATE.
### No. 16389.

Court of Criminal Appeals of Texas.
Feb. 21, 1934.

Rehearing Denied March 28, 1934.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson; punishment being two years in the penitentiary.

The indictment charges the offense. No statement of fact or bills of exception are brought forward. In such condition nothing is presented for review.

The judgment is affirmed.